UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. s1-4:05-CR-235 (CEJ) |
| DERRICK HOWARD, | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **Monday, August 21, 2006, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that a change of plea proceeding, if one is requested, will be scheduled only after the Court receives a written plea agreement and/or stipulation of facts that has been executed by the United States and the defendant.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 10th day of July, 2006.